UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| MARY DOE, *as guardian and parent of* *minor* JOHN DOE, ) ) ) | |
| *Plaintiff,* ) ) | Case No. 1:25-cv-5 |
| v. ) ) | Judge Atchley |
| HAMILTON COUNTY DEPARTMENT OF EDUCATION, ) ) ) ) | Magistrate Judge Steger |
| *Defendant.* ) | |

## ORDER SETTING SCHEDULING CONFERENCE

In accordance with Federal Rule of Civil Procedure 16(b), the undersigned United States District Judge will conduct a telephonic scheduling conference on **March 10, 2025, at 2:30 p.m. EASTERN TIME**. Any request to reschedule should copy all counsel and be directed to **atchley_chambers@tned.uscourts.gov**.

**The dial-in number for the conference is 1-865-351-1313 and the conference ID is 438 099 902.**

The Court expects counsel to be prepared to engage in a substantive discussion of the case, including the parties' legal theories, facts in dispute, anticipated evidence, and all issues contemplated by Rule 16(a)(1) – (5) and (c)(2)(A) – (P). Counsel who will be actively involved in the case and who have the authority to bind the parties are expected to attend the scheduling conference.

Before the scheduling conference, the parties must comply with Rule 26(a)(1), regarding initial disclosures, and Rule 26(f), requiring a discovery planning meeting. At the Rule 26(f) conference, the parties shall discuss the possibility of settlement. On or before **March 3, 2025**, the parties shall file a report outlining their discovery plan. The report must comply in all respects with Rule 26(f)(3).

The parties are put **ON NOTICE** that a United States Magistrate Judge is available to conduct all proceedings in this case and to order the entry of a final judgment pursuant to 28 U.S.C. § 636(c) and Federal Rule of Civil Procedure 73. Prior to the scheduling conference, counsel should discuss with their clients the possibility of consenting to the exercise of the Magistrate Judge's authority in this action.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**