IN THE UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| **JOHN DOE, A MINOR, THROUGH HIS, PARENT AND GUARDIAN, MARY DOE,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | No. 1:25-CV-00005 |
| **HAMILTON COUNTY DEPARTMENT OF EDUCATION,** | ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANT HAMILTON COUNTY DEPARTMENT OF EDUCATION'S RESPONSE TO PLAINTIFF'S MOTION TO AMEND**

Defendant Hamilton County Department of Education hereby appears, by and through counsel, and for its Response to the Plaintiff's Motion to Amend Complaint would state as follows. Without waiving any defenses, the Defendant does not oppose Plaintiff's Motion to Amend (Doc. 16 and Doc 16-1).

RESPECTFULLY submitted this 24th day of March 2025.

                                                **HAMILTON COUNTY DEPARTMENT OF EDUCATION**

                                                By:    /s/*Dan R. Pilkington*
                                                          DAN R. PILKINGTON, BPR No. 024660
                                                          WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
                                                          1500 Riverview Tower
                                                          900 South Gay Street, P.O. Box 131
                                                          Knoxville, Tennessee 37901-0131
                                                          (865) 637-1700
                                                          dpilkington@watsonroach.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system:

Buddy B. Presley, Jr., Esq.
PRESELY LAW FIRM
1384 Gunbarrel Road, Suite A
Chattanooga, Tennessee 37421

Justin S. Gilbert, Esq.
Gilbert Law, PLLC
100 W. Martin Luther King Blvd., Ste. 501
Chattanooga, Tennessee 37402

Dated this 24th day of March 2025.

/s/ *Dan R. Pilkington*
DAN R. PILKINGTON, BPR No. 024660