IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

AT CHATTANOOGA

---

JOHN DOE, a minor, through )
his parents and guardians, )
D.H. and A.H., )
 )
    Plaintiff, )
 ) No. 1:25-CV:00080
  vs. )
 )
HAMILTON COUNTY DEPARTMENT )
OF EDUCATION, )
 )
    Defendant. )

---

Chattanooga, Tennessee
February 17, 2026

DEPOSITION OF MARY DOE

---

Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
Case 1:25-cv-00005-CEA-CHS   Document 40-1   Filed 03/03/26   Page 1 of 13
PageID #: 332

students with some sort of disability, or were some in regular classes and some with other students with disabilities, if you know?

    A   So, I know in pre-K he was just in regular. Pre-k he wasn't in special needs pre-K. And I don't remember what grade it was that they put him into special needs. But then, of course, COVID came, we did homeschool, and he was still -- at some point they put him in general education classes, but he still spent sometime in the special needs classroom. I think he may've taken, like, his -- it's not called electives in elementary. Like --

    Q   Like music and art?

    A   Music and art and stuff like that with general education kids, and got his other stuff from special education. And I think by the time he was in fifth grade, he was doing more gen ed classes.

    Q   Do you know if his IEP changed from year to year?

    A   It did. I know we met and I know it was adjusted. I can't remember exactly how much each time we talked, but I know there were changes each year based on him going to a new grade and what his schedule was looking like, and how they were going to fit in his therapies and things of that nature.

    Q   Since he was diagnosed as being on the autism spectrum, has John Doe seen any particular medical

Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
Case 1:25-cv-00005-CEA-CHS   Document 40-1   Filed 03/03/26   Page 2 of 13 PageID #: 333

1  Q   Is that just something that you have learned to do
2  over the years?
3  A   Yes.
4  Q   When John Doe is frustrated, have you ever seen
5  him act out and strike, push or hit anyone else?
6  A   No.
7  Q   He's never done that with you or his sister?
8  A   No.  I've never seen it with my own eyes, like.
9  Witnessed it, no.
10 Q   Has it been reported to you that he's done that by
11 anyone else?
12 A   Not because he was frustrated, no.
13 Q   Tell me, generally speaking as his mother, how did
14 you feel that John Doe was doing when he was at East
15 Hamilton Middle School?
16 A   He was doing pretty good.  I think the staff there
17 was trying to work with me to figure out the best way for
18 John Doe to actually gain something out of going to
19 school, as opposed to attending school, sitting in the
20 classroom all day and not really learn anything, which is
21 what was -- what I think was happening when he was in
22 general education classes with the, let's say, regular
23 students, the general population of kids in his grade.
24     So I would say yeah.  They tried to work with me
25 to best accommodate him.  Because I would feel like,

Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
Case 1:25-cv-00005-CEA-CHS   Document 40-1   Filed 03/03/26   Page 3 of 13
PageID #: 334

okay, if you're sitting in the classroom all day, you're not understanding what they're trying to teach, anybody's going to be frustrated. And I want him to be there for more than just attendance. And he didn't fit into the box of special needs, because kids at East Hamilton were what they call severely disabled. They may need their diapers changed, or things of that nature; whereas -- so John Doe didn't fit into that box, but he didn't fit in general ed either, and they knew it.

So, my goal in working with them was always to try to find a place for John Doe where he could actually learn and not be frustrated, because he knew and felt and realized that he didn't fit into the peer group that he was placed in.

And now that you say that, I can think of one other incident where he was frustrated and I think he hit some kids -- I was told, I wasn't there -- with his lunchbox, that were standing in the hall. So that's the only time I know that just his frustration, yes, that happened. And his lunchbox was not, like, metal like -- I'm not going to say "we" had because I don't know how old you are. What I had a long time ago, that was, like, the tin one. It's the little mesh one that he had.

So, nobody was hurt or anything, but he did get in

Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
Case 1:25-cv-00005-CEA-CHS    Document 40-1    Filed 03/03/26    Page 4 of 13
PageID #: 335

```
 1  of "how was your day," and "okay" maybe.  It wasn't
 2  anything memorable.
 3      Q    Did he tell you anything specific that happened
 4  the first day of school?
 5      A    No.
 6      Q    Did you ask him specific questions about what went
 7  on in school?
 8      A    General questions.  I always ask my kids "How was
 9  your day?"  If they say good, I say okay.  If they say
10  bad, I ask details, you know.  So, I don't remember it
11  being an indication of anything that made me ask him
12  detailed questions.
13      Q    Where was Bailee enrolled in school at that time?
14      A    She started Ooltewah High School.
15      Q    Was that her first day at Ooltewah High School?
16      A    Yes.
17      Q    And when John Doe was in middle school -- and
18  let's go back to East Hamilton.
19      A    Okay.
20      Q    Did you have similar conversations with him about
21  how his day went after school?
22      A    I did.
23      Q    And was he generally able to tell you how the day
24  went?
25      A    Generally.  I mean, he's 14 years old.  He gave me
```

Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
Case 1:25-cv-00005-CEA-CHS   Document 40-1   Filed 03/03/26   Page 5 of 13
PageID #: 336

1  his version, and him being him, described it as best he
2  could.  So, I might have to ask follow-up questions if it
3  was something I really wanted to know, if I felt like I
4  needed to delve deeper.
5      Q    And when you would ask him those follow-up
6  questions, was he able to answer your questions and
7  explain things?
8      A    Explain, not necessarily.  Answer, as best he
9  could.
10     Q    The incidents at East Hamilton where he received
11 some sort of discipline, one related to a girl he liked,
12 another related to some sort of fight, and then the one
13 related to the soft lunchbox, when those situations
14 happened, were you able to ask him, you know, "John Doe,
15 what happened?"
16     A    I was able to ask him, yes.
17     Q    Do you know whether John Doe understands what it
18 is to tell the truth?
19     A    I think he understands what it is to tell the
20 truth.  I don't think he necessarily -- no, I don't
21 think.  I know he doesn't always know how to convey or
22 get across what he's really trying to express.
23     Q    Do you know whether or not John Doe understands
24 the difference between right and wrong?
25     A    Yes.  I think -- yeah, he understands the

Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
Case 1:25-cv-00005-CEA-CHS   Document 40-1   Filed 03/03/26   Page 6 of 13   PageID #: 337

1  difference between right and wrong.
2  Q   So when John Doe gave you his version of what had
3  occurred, for example, the incident with the girl that
4  maybe he had a crush on, when John Doe told you things
5  about his interactions with that girl, did you believe
6  him?
7  A   Yes.  But again, he's a middle school kid.  He's
8  not going to tell mom a lot about a girl crush.  But he,
9  he, yeah, he shared with me, yes.
10 Q   That's a really good point about a middle-schooler
11 talking to his mom about a girl.
12     Let me ask about another one.  The incident where
13 he got in some sort of shoving match or fight with
14 another student, what was his description to you of what
15 had occurred?
16 A   His description to me of what occurred was they
17 were in the lunchroom, the boy was making fun of him.
18 John Doe moved tables, the boy approached him again and
19 made fun of him again, was talking about plushies and --
20 it had to do with plushies, stuffed animals.  And the boy
21 put his hand on John Doe's shoulder when they got back
22 into the classroom after lunch, and kind of, like, jerked
23 John Doe's body, from what John Doe said, kind of moved
24 him a little.  And then John Doe shoved him, and the
25 little boy hit the wall, knocked down a poster or

Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
Case 1:25-cv-00005-CEA-CHS   Document 40-1   Filed 03/03/26   Page 7 of 13
PageID #: 338

1 something, and that was it.

2 Q And John Doe was able to provide you all of those
3 details about what occurred?

4 A He told me he made fun -- his version, "He made
5 fun of the plushies, he put his hand on my shoulder. He
6 followed me after I moved the first time to try to get
7 away from him." So, his was very cut and dry.

8 When I talked to the administrators, they told me
9 more in-depth. But his was very -- "He was messing with
10 me about" -- I can't remember the plushy's name. "I
11 moved, he followed me. He touched me, so I pushed him."
12 His was very...

13 Q And how did John Doe describe the incident
14 involving the soft lunch bag or lunchbox?

15 A He really didn't go into detail on that. When I
16 asked him what happened and I told him I got a call from
17 the school, and he just said, "Well, I apologize. I
18 didn't mean to do it." So, there was no real detail in
19 that one.

20 Q And was he suspended as a result of that incident?
21 A No. I don't remember him being suspended for
22 that.

23 Q Did you want to know specifically your son's
24 version of what had happened?

25 A I did, but it wasn't -- nobody got hurt. It

**Wilson Reporting Agency (423) 267-6000**
**www.wilsonreporting.com**
Case 1:25-cv-00005-CEA-CHS   Document 40-1   Filed 03/03/26   Page 8 of 13
PageID #: 339

```
 1  wasn't major.  So, I let him know -- he didn't disagree
 2  when I said that.  I said, "You can't just go to people
 3  and hit them with your lunchbox."  So, that's when he
 4  was -- "I apologize," you know.  But he didn't, he didn't
 5  provide additional details.
 6      Q   Tell me when you first learned that something had
 7  happened at the school on the second day of classes on
 8  August 8, 2024.
 9      A   Ms. Short called me.
10      Q   Where were you when Ms. Short called you?
11      A   At work.
12      Q   And where do you work?
13      A   Presley Law Firm.
14      Q   What do you do there?
15      A   Legal assistant.
16      Q   How long have you worked there?
17      A   I think it'll be three years this September.
18      Q   Okay.  Tell me what you recall about that phone
19  call from Ms. Short.
20      A   I recall Ms. Short calling me, telling me that
21  John Doe had made a mass threat.  I remember her telling
22  me she was waiting to hear back from her supervisor and
23  the SRO was waiting to hear back from his supervisor and
24  she'd call me back.  And -- yeah.
25      Q   Did that call occur on your cell phone?
```

Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
Case 1:25-cv-00005-CEA-CHS   Document 40-1   Filed 03/03/26   Page 9 of 13   PageID #: 340

1  John Doe?
2  A   I don't think so, no.  She wasn't there yet.  She
3  gets out at 2:15, and there's the bus ride, so she wasn't
4  home yet.
5  Q   When you saw John Doe at the detention facility,
6  was he crying?
7  A   A little.  Not a lot.
8  Q   What about on the ride home?
9  A   No crying.
10 Q   When was the first time you had an opportunity to
11 have John Doe explain to you what happened?
12 A   In the car.
13 Q   On the way home?
14 A   On the way home, yes.
15 Q   And based on the best of your recollection, Mary
16 Doe, how did John Doe explain what had happened?
17 A   The way he explained it was, he apologized for
18 taking his plushy, Bonnie, to school, and he reminded me
19 it was the 10th anniversary and he wanted to show it to
20 the kids at school.  And he was afraid somebody was going
21 to steal it.  So he was, like, "I told them not to touch
22 my backpack or it will blow up."
23     He said that they arrested him, put him in
24 handcuffs.  The officer asked him if he had been doing
25 any drugs that day.  He said that the cuffs were tight,

Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
Case 1:25-cv-00005-CEA-CHS   Document 40-1   Filed 03/03/26   Page 10 of 13
PageID #: 341

```
 1   that they were behind his back when I was riding there,
 2   so it hurt bad.  He didn't -- yeah, that's pretty much
 3   it.
 4       Q   Did you believe your son's version of what had
 5   happened?
 6       A   Yes.
 7       Q   And do you feel like he was able to explain to you
 8   his side of what had actually happened?
 9       A   Yes, because from his view and understanding,
10   that's what happened to him.
11       Q   You mentioned that he said that the handcuffs were
12   tight.  Did you look to see whether the handcuffs had
13   caused any type of bruising or anything?
14       A   A little light bruising.
15       Q   Did you take John Doe to see a doctor or any
16   medical provider after that?
17       A   No.
18       Q   And how long was the light bruising visible?
19       A   Not long.  Maybe a day or two.
20       Q   What do you recall about what happened when you
21   got home that afternoon?
22       A   John Doe was tired.  He went right to sleep.
23       Q   Did he sleep through the night?
24       A   No.  He woke up.  He took a nice nap.
25       Q   Do you recall how long he slept for?
```

Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
Case 1:25-cv-00005-CEA-CHS   Document 40-1   Filed 03/03/26   Page 11 of 13
PageID #: 342

1  on ABCs while the other ones may be able to actually
2  write them.  It was kind of like a progressive thing, in
3  that same setting.
4      Q  Okay.  So, was he in a group that perhaps needed
5  extra help but maybe not considered special education?
6  Is that how it was set up at East Brainerd?
7      A  It was still special education but it wasn't
8  severe.
9      Q  Okay.  So, is John Doe severely disabled or has he
10 ever been diagnosed as severely disabled?
11             MR. GILBERT:  Object to the form.
12             If you understand what that means, you can
13 answer.
14     A  Severely?  I don't know.  So, when I say
15 "severe" -- in a special needs classroom, just thinking
16 about that, when I think about that setting I think about
17 kids in diapers and stuff like that.  So, I wouldn't say
18 John Doe is severely autistic, but he can do some things
19 for hisself.
20     Q  So he does have some level of independence?
21     A  Yes.  Some level of independence, yes.
22     Q  Okay.  And whenever you went to Ooltewah Middle
23 School to get John Doe transitioned into a new school, is
24 there any reason why you-all did not attend just a
25 regular open house?  Or did they even offer that?

Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
Case 1:25-cv-00005-CEA-CHS  Document 40-1  Filed 03/03/26  Page 12 of 13  PageID #: 343

154

1       REPORTER'S CERTIFICATE

2  STATE OF TENNESSEE:

3  COUNTY OF HAMILTON:

4           I, Sheila D. Wilson, Licensed Court Reporter
   #268 and Notary Public, in and for the State of
5  Tennessee, do hereby certify that the deposition of MARY
   DOE was reported by me in machine shorthand, and that the
6  foregoing 153 pages of the transcript is a true and
   accurate record to the best of my knowledge, skills, and
7  ability.
            I further certify that I am not related to
8  nor an employee of counsel or any of the parties to the
   action, nor am I in any way financially interested in the
9  outcome of this case.
            I further certify that I am duly licensed by
10 the Tennessee Board of Court Reporting, as evidenced by
   the LCR number and expiration date following my name
11 below.
            In witness whereof, I have hereunto set my
12 hand this 2nd day of March 2026.

*[Signature: Sheila D. Wilson]*

Sheila D. Wilson, LCR #268
Expiration date: 6/30/2026.
Notary Public Commission
Expires: 1/17/2027.

Wilson Reporting Agency (423) 267-6000
www.wilsonreporting.com
Case 1:25-cv-00005-CEA-CHS   Document 40-1   Filed 03/03/26   Page 13 of 13
PageID #: 344