# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

JOHN DOE, a Minor,  )
THROUGH HIS PARENT  )
AND GUARDIAN,  )
MARY DOE; and MARY DOE, INDIVIDUALLY  )
 )
Plaintiffs,  ) No. 1:25-CV-0005
 ) CEA-CHS
v.  )
 ) JURY DEMANDED
HAMILTON COUNTY DEPARTMENT  )
OF EDUCATION, and  )
HAMILTON COUNTY (THE HAMILTON  )
COUNTY SHERIFF'S DEPARTMENT)  )
 )
Defendants.  )

## PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT
## AGAINST DEFENDANT HAMILTON COUNTY

**COMES NOW** the Plaintiff, John Doe, a minor, by and through his parent and guardian, Mary

Doe, and Mary Doe, individually (collectively "Plaintiff" or "Doe"), and, pursuant to Federal Rule

of Civil Procedure 56(a), respectfully moves this Court for partial summary judgment on liability

against Defendant Hamilton County (the Hamilton County Sheriff's Department) (the "County")

on Count 3 of the Second Amended Complaint – the 42 U.S.C. § 1983 First Amendment claim.

(D.E. 27, Second Am. Compl. ¶¶ 77–83). This motion is directed solely at the County; Plaintiff

does not seek summary judgment against Defendant Hamilton County Department of Education

("HCDE"), and this motion does not address damages.

In support of this motion, Plaintiff shows the Court as follows:

1.    There is no genuine dispute as to any material fact bearing on the County's liability

under Count 3, and Plaintiff is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(a). The

undisputed record – including the sworn deposition testimony of Deputy Jason Buckner and

Assistant Principal Japho Hardin and Deputy Buckner's contemporaneous body-camera recording, establish that Hamilton County Sheriff's Office deputies arrested Plaintiff John Doe, a thirteen-year-old child with a documented disability, based solely on the words he spoke, without regard to context, intent, or the reckless mental state required by the First Amendment's true-threats doctrine.

2. The undisputed facts and governing law establishing this violation, and the County's liability for it under *Monell v. Department of Social Services*, 436 U.S. 658 (1978), and its progeny, are set forth in the accompanying Memorandum in Support of Motion for Partial Summary Judgment Against Defendant Hamilton County ("Memorandum"), filed contemporaneously herewith and incorporated by reference.

3. Consistent with this Court's practice preferences, Plaintiff has set forth the material facts on which this motion relies, together with specific citations to the record, within the body of the accompanying Memorandum rather than in a separately filed statement of undisputed material facts.

4. A proposed order is not filed herewith; Plaintiff will submit one upon request of the Court.

**WHEREFORE**, for the reasons set forth in this Motion and the accompanying Memorandum, Plaintiff respectfully requests that the Court grant partial summary judgment on liability in Plaintiff's favor and against Defendant Hamilton County on Count 3 of the Second Amended Complaint, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

/s Justin S. Gilbert
Justin S. Gilbert
Gilbert Law, PLLC.
100 W. Martin Luther King Blvd, Suite 501

Chattanooga, TN 37402
Telephone: 423-756-8203
justin@schoolandworklaw.com

/s Buddy B. Presley
Buddy B. Presley, Jr. (BPR #013921)
1384 Gunbarrel Rd, Suite A
Chattanooga, TN 37421
(423) 826-1800
bpresley@presleylawfirm.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing has been filed with the

Court through its ECF filing database and served on all counsel of record on this date via the

Court's electronic filing system on this 7th day of July 2026.

/s Justin S. Gilbert