



EXHIBIT

10

PENGAD 800-631-6989

Name Nathan Wender

Date 8-8-24

Witnesses NATHAN WENDER

## Statement

███ came into class and said, "Don't check my back pack" on his way to his desk. I asked why, and he replied "You won't believe what's in here. If you check, it will blow up the whole school."

Signature _____