



EXHIBIT

8

Name ▮▮▮▮▮▮▮▮▮▮

Date 8/2/24

Witnesses _____

Statement

i don't want nobody to look in my backpack because of my bonnie Rush

Signature _____