IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

AT CHATTANOOGA

------------------------------------------------
                                )
JOHN DOE, a minor, through      )
his parent and guardian,        )
MARY DOE,                       )
                                )
        Plaintiff,              )
                                ) No. 1:25-CV:00005
    vs.                         )
                                )
HAMILTON COUNTY DEPARTMENT       )
OF EDUCATION,                   )
                                )
        Defendant.              )
------------------------------------------------
                        Chattanooga, Tennessee
                        February 20, 2026


DEPOSITION OF JAPHO HARDIN

------------------------------------------------

**Wilson Reporting Agency (423) 267-6000**
**www.wilsonreporting.com**
Case 1:25-cv-00005-CEA-CHS     Document 52-4     Filed 07/17/26     Page 1 of 4
PageID #: 411

mass violence?" I don't see an answer there. Do you know why you didn't put an answer there?

A I don't know.

Q And then the next one says: "Threat assessment members involved in review including law enforcement." I don't see an answer there. Do you know why there's not an answer there?

A Well, this is a paper document. It was online. So I don't know if there was an option as far as, you know, what was put there or not.

Q Okay. Look at Part 3a, the evaluation of the threat.

A Okay.

Q This kind of gets to my question a minute ago. It looks like the team did evaluate whether there was intent, right?

A Yes. Based on the document, yes.

Q And the team found that there was no apparent intent, right?

A That's correct.

Q And was that the conclusion of the whole team; you, the counselor, the SRO, and the principal?

A That would've been based off the team.

Q The whole team, though?

A I'd say yes. Well -- I'd say based off the team,

**Wilson Reporting Agency (423) 267-6000**
**www.wilsonreporting.com**
Case 1:25-cv-00005-CEA-CHS   Document 52-4   Filed 07/17/26   Page 2 of 4
PageID #: 412

the people that provided input on this, yes.

Q   Okay.  The people you already identified, right?

A   Correct.

Q   In other words, not nobody outside the team, it was just the team?

A   Correct.

Q   And then you-all, the team, examined whether there was any evidence of motive.  And the team found there was no evidence of motive, right?

A   Correct.

Q   And the ability to care out the threat, you-all found there was no ability, right?

A   Correct.

Q   And expressions of anger or frustration.  Is that John Doe?  He did not express anger or frustration?

A   Yes.  That would've been based on him.

Q   And the evidence of specific planning.  I don't see an answer to that one.

Whether the threat has been repeated or communicated to people on social media.  You wrote -- the team decided yes on that, "communicated to multiple persons or posted on social media."  Right?

A   Yes.

Q   He didn't put it on social media, did he?

A   I don't, I don't recall.

**Wilson Reporting Agency (423) 267-6000**
**www.wilsonreporting.com**
Case 1:25-cv-00005-CEA-CHS   Document 52-4   Filed 07/17/26   Page 3 of 4
PageID #: 413

Q   He said it out loud to multiple persons, though?

A   That's what I recall.

Q   Okay.  He had no --

A   Based on the statements that I received.

Q   Right.  He had no accomplices, right?

A   No.

Q   And he had no weapons, right?

A   Correct.

Q   And then the next question says:  "Did the threat assessment team determine this to be a valid threat?"  There's no answer there.  Do you know why that would be?

A   I don't.

Q   The next one is:  "Determination of overall threat level."  The team put low level, right?

A   Correct.

Q   There is no option lower than low level, correct?

A   Not that I can recall.

Q   And if we look at the chart that I showed you a moment ago, I think the levels are low, moderate, and high, right?

A   Correct.

Q   Okay.  The report itself, do you know when you input this information?

A   The date on here, it says 8/12/2024, 1:40:13 p.m.

Q   And as I understand you, the threat assessment --

**Wilson Reporting Agency (423) 267-6000**
**www.wilsonreporting.com**
Case 1:25-cv-00005-CEA-CHS   Document 52-4   Filed 07/17/26   Page 4 of 4
PageID #: 414