IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TENNESSEE

AT CHATTANOOGA

-------------------------------------------------
                                  )
JOHN DOE, a minor, through        )
his parent and guardian,          )
MARY DOE,                         )
                                  )
        Plaintiff,                )
                                  ) No. 1:25-CV:00005
    vs.                           )
                                  )
HAMILTON COUNTY DEPARTMENT        )
OF EDUCATION,                     )
                                  )
        Defendant.                )
-------------------------------------------------
                         Chattanooga, Tennessee
                         February 20, 2026

              DEPOSITION OF ANDREA SHORT

-------------------------------------------------

**Wilson Reporting Agency (423) 267-6000**
**www.wilsonreporting.com**
Case 1:25-cv-00005-CEA-CHS    Document 52-5    Filed 07/17/26    Page 1 of 3
PageID #: 415

a threat assessment just because he's informed it's going on?

A   That a threat was made, and the school is doing their part to actually complete the threat assessment, and then we share our results with the SRO.  After we complete it, here is what we found, we share that information, because he's a member of our team.  Or she.

Q   So he's not involved in -- well, strike that.

Was the threat assessment team's decision shared with Officer Buckner before he arrested John Doe?

A   Yes.

Q   Okay.  And so the threat assessment team's decision is that he didn't have intent to make a valid threat, correct?

A   Repeat the comment -- the question.

Q   The threat assessment team determined he didn't have intent to make a valid threat, right?

A   The threat assessment team viewed it as a low level threat.  There was no weapon, ammunition, bomb in his backpack, so we deemed it low level.

Q   Have you seen the threat assessment report?

A   Yes.

Q   Did you have any hand in filling that out?

A   No.

Q   Have any reason to disagree with any of it?

**Wilson Reporting Agency (423) 267-6000**
**www.wilsonreporting.com**
Case 1:25-cv-00005-CEA-CHS    Document 52-5    Filed 07/17/26    Page 2 of 3
PageID #: 416

A   I don't have a list in front of me, but I was -- I participated.

Q   Let me show you what's been marked as Exhibit 20. Tell me if you recognize that document.

A   Yes.

Q   Are there signatures of the participants?

A   I don't see the signatures on this page.

Q   Okay.  Was Mr. Hardin involved?  Do you know?

A   I don't recall.

Q   And as I understand it, the manifestation team determined that the threat was a manifestation of his disability?

A   Correct.

Q   So now, at this stage we've got a 365-day expulsion but the team has determined that the threat was a manifestation of disability, correct?

A   Correct.  So that changes.

Q   Anticipating my next question.  You've said that changes.  What do you mean by that?

A   So, whenever we have a manifestation, if it is a manifestation of their disability, it changes the discipline.

Q   And do you know why that is so?

A   Well, if it's part of his disability, then it's going to automatically change.

**Wilson Reporting Agency (423) 267-6000**
**www.wilsonreporting.com**
Case 1:25-cv-00005-CEA-CHS    Document 52-5    Filed 07/17/26    Page 3 of 3
PageID #: 417