Today is:05/14/2025     **District Office**     **24-25 Year**



Grade Level:   State ID:   DOB:   School: **East Hamilton Middle School**

Enroll Status: 0   Entry Date: **08/27/2024** Student Number:   Placement Status: **ZONE**   Hrm Teacher: **Woodbury, Molly**

**School Counselor:**

There are **3** previous responses to this form.

**Threat Assessment Reporting Form Viewing Response: Japho M Hardin - 08/12/2024 1:40:13 PM**

 HAMILTON COUNTY SCHOOLS



EXHIBIT

9 I.D.

PENGAD 800-631-6989

# Overview

**Student ID**



**Date of Threat:** *

08/08/2024

**Threat Description** *

The student told the teacher in front of the class not to look into his backpack. The teacher asked the student why and he responded "because the whole school will blow up."

**Person(s) Involved in making threat** *

# Part 1 - Confirm and Document Threat

**Immediate action was taken to protect students, employees and visitors (activated SRP if necessary)?** *

Yes

**Student was supervised and isolated as needed and searched if appropriate?** *

Yes

**Community Superintendent notified?** *

Case 1:25-cv-00005-CEA-CHS   Document 52-6    Filed 07/17/26    Page 1 of 5    PageID #: 418

Yes

Written statements were obtained and attached? *

Yes

Type of Threat *

Verbal

Is this a threat of mass violence? (threat against 2 or more) (TCA 39-16-517) *

Threat assessment members involved in review including law enforcement (TCA 49-6-2701) *

# Part 2 - Prepare to Evaluate Threat

The threat assessment team was involved? *

Yes

# Part 3a - Evaluate Threat

Intent: *

Not Apparent

Motive: *

No Evidence of Motive Exists

Ability to carry out threat: *

None

Expressions of anger or frustration? *

No

Evidence of Specific Planning? *

Case 1:25-cv-00005-CEA-CHS Document 52-6    Filed 07/17/26    Page 2 of 5   PageID #: 419

No

Threat has been repeated or communicated to multiple persons or posted on social media? *

Yes

The student has accomplices or has attempted to recruit accomplices *

No

Involved Weapons *

None

Did the Threat Assessment Team determine this to be a valid threat?

Determination of overall threat level *

Low Level

# Part 3b - Response

Discipline implemented (IEP/504 regulations considered? *

Yes

Referral to school counselor and/or social worker? *

Yes

Notify student's parents and intended victims' parents to the extent allowed by FERPA? *

Yes

Discipline report entered into PowerSchool? *

Yes

Initiate school-wide parent communication if necessary? *

Yes

# Part 4 - Parent Meeting

Case 1:25-cv-00005-CEA-CHS   Document 52-6   Filed 07/17/26   Page 3 of 5   PageID #: 420

Parent meeting held to discuss protocol and next steps?

Yes

Consulted with personnel involved in the review?

Yes

# Part 5 - Return to School Safety Plan

**Additional Information**

Pending outcome of law enforcement involvement.

# Final Outcome

Final outcome of threat assessment. If unknown at time of initial report, please complete once outcome is known.

**Given a Behavior Plan** *

Yes

**Referred to Mental Health Assessment/Services** *

No

**Placed Under Protective Guidelines (ie. daily bag search, escort, etc.)** *

No

**Remandment**

**Placed in a Medical Facility** *

No

**If Other, specify**

During the required manifestation meeting, the team decided and mother agreed to home bound services until results of pending case with law enforcement.

**Arrested by Law Enforcement** *

Yes

# Attach written statements, evidence, plans and documentation below

Document Attachment

Sign In

Search documents...

| Document Name | User | Upload Date | |
|---|---|---|---|
| | | | |

Privacy • Terms

v24.3.0.0

| Legend |
|---|
| Icons ⊞ - Date Entry |