IN THE UNITED STATES DISTRICT COURT, EASTERN DIVISION
AT CHATTANOOGA

JOHN DOE, a minor, through his parent ）
and guardian, MARY DOE; and MARY ）
DOE, Individually, ）
  ）
  Plaintiffs, ）
  ）
v. ） CASE NO. 1:25-CV-0005- CEA-CHS
  ）
HAMILTON COUNTY DEPARTMENT ）
OF EDUCATION and HAMILTON ）
COUNTY, ）
  ）
  Defendants. ）

---

## FINAL REPORT OF MEDIATOR

---

Mediation was ordered on [unknown; not reported to mediator].

Mediation started on July 21, 2026.

Mediation completed on July 21, 2026.

Result of mediation (check all that apply):

      \_\_\_\_\_ One or more parties did not appear/participate in the mediation.
      \_\_X\_\_ Both (all) parties appeared and participated in the mediation.
      \_\_X\_\_ Case settled by mediation.
      \_\_X\_\_ Case settled as to all issues.
      \_\_\_\_\_ Case settled in part.
      \_\_\_\_\_ Case did not settle.

Name(s) of Plaintiff's Attorney(s): Justin Gilbert and Buddy Presley

Name(s) of Defendant's Attorney(s): Dan Pilkington, Janie Varnell, and Paige Evatt

Name, address, and phone number of the mediator:

      Jeff Hollingsworth
      Hollingsworth ADR, LLC
      832 Georgia Avenue, Suite 510

Chattanooga, TN 37402
Phone: 423-760-4825

_____ Pro bono case

_____ Fees paid at least in part by Parent Education and Mediation fund (See T.C.A. § 36-6-413(5). Attach an itemized invoice).

__X__ Full fee case.  I do not request that fees be charged as court costs.


_____
Mediator's Signature

____07/21/2026____
Date

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that the foregoing document has been served upon the following counsel, by placing a true and correct copy of same in the United States mail, postage prepaid, in a properly addressed envelope; or by hand delivering same; or via facsimile or email, as follows:

Justin Gilbert, Esq.
justin@schoolandworklaw.com
*Counsel for Plaintiffs*

Buddy Presley, Esq.
bpresley@presleylawfirm.com
*Counsel for Plaintiffs*

Dan Pilkington, Esq.
dpilkington@watsonroach.com
*Counsel for Hamilton County Department of Education*

Janie Varnell, Esq.
Paige Evatt, Esq.
JanieV@hamiltontn.gov
PEvatt@hamiltontn.gov
*Counsel for Hamilton County*

This ___21st___ day of ___July___, 2026.

JEFF HOLLINGSWORTH