# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
### AT CHATTANOOGA

| | | |
|---|---|---|
| JOHN DOE, A MINOR,<br>THROUGH HIS PARENT<br>AND GUARDIAN,<br>MARY DOE; AND MARY DOE, INDIVIDUALLY | ) ) ) ) ) ) | |
| PLAINTIFFS. | ) ) | |
| VS. | ) ) | No. 1:25-CV-0005<br>CEA/CHS |
| | ) ) | |
| HAMILTON COUNTY DEPARTMENT<br>OF EDUCATION, et al. | ) ) ) | |
| DEFENDANT. | ) | |

## NOTICE OF SETTLEMENT AND
## REQUEST FOR SETTLEMENT APPROVAL

**COME NOW** the Plaintiffs John Doe, a minor, by and through his parent and guardian, Mary Doe, and Mary Doe, individually, providing this Notice of Settlement of all claims in the above-captioned matter. Because this action includes claims brought on behalf of a minor with a disability, the parties respectfully request that the Court set a date for a minor settlement approval hearing pursuant to Local Rule 17.1.

In support of this Notice and Request, Plaintiff states:

1. On July 22, 2025, the parties engaged in mediation with mediator Jeff Hollingsworth in Chattanooga, Tennessee. As the Hollingsworth Final Report of Mediator states, the parties have reached a full and final settlement of all claims asserted in this action, subject to the Court's approval of the settlement, as it pertains to the minor Plaintiff, John Doe, who has a disability.

2.      As the Court directs, as part of the approval process, the terms of the settlement will be presented to the Court consistent with the practice of protecting the confidentiality of minor settlement terms.  If the approval hearing is to be in-person, the parties will appear as directed by the Court.  Plaintiffs  note that all parties are located in Chattanooga and they previously appeared before Magistrate Judge Steger who is familiar with the facts of this case and has met with the child should that be an approval option.

3.      Plaintiffs respectfully request that the Court set this matter for a minor settlement approval hearing at the Court's earliest convenience.

WHEREFORE, Plaintiffs respectfully request that the Court receive this Notice of Settlement and set a date for a minor settlement conference.

Respectfully Submitted,

GILBERT LAW, PLLC
s/Justin S. Gilbert
Justin S. Gilbert, BPR # 017079
100 W. Martin Luther King Blvd., Suite 501
Chattanooga, TN 37402
(423) 756-8203
justin@schoolandworklaw.com

LAW OFFICE OF BUDDY PRESLEY
/s Buddy B. Presley
Buddy B. Presley, Jr. (BPR #013921)
1384 Gunbarrel Rd, Suite A
Chattanooga, TN 37421
(423) 826-1800
bpresley@presleylawfirm.com

*Attorneys for Plaintiff*

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and exact copy of this Notice of Settlement has been served on all interested parties via the Court's electronic filing system on July 24, 2026:

Janie Parks Varnell, BPR # 031256
*Hamilton County Attorney*
Timothy Clark, BPR # 031074
*Deputy County Attorney*
Azarius Yanez, BPR # 036266
*Assistant Hamilton County Attorney*
Paige Ivey Evatt, BPR # 030761
*Assistant Hamilton County Attorney*
625 Georgia Ave, Suite 204
Chattanooga, TN 37402
(423) 206-6150
janiev@hamiltontn.gov
pevatt@hamiltontn.gov

***Attorneys for Hamilton County, Tennessee***

WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
Dan R. Pilkington, BPR # 024660
1500 Riverview Tower
900 South Gay Street, P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
dpilkington@watsonroach.com

***Attorney for Hamilton County Department of Education***

s/Justin S. Gilbert