**U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA**
**CIVIL MINUTES - GENERAL**

CASE NO. 1:25-cv-5

STYLE: Doe v.

Hamilton County Dept of Education and Hamilton County

PRESENT: Honorable Charles E. Atchley, Jr. ☑ U.S. District Judge ☐ U.S. Magistrate Judge

Allison Laster | Dianne Bryden | _____
**Courtroom Deputy** | **Court Reporter** | **Interpreter(s)**
| | ☐ **SWORN**

FTR ☐ 1B ☐ 4

Attorney(s) for Plaintiff(s): Justin Gilbert, Buddy Presley, Jr.

Attorney(s) for Defendant(s): Paige Evatt, Timothy Clark

**PROCEEDINGS:**

Hearing held on Notice of Settlement and Request for Settlement Approval (Doc. 56) - Court will approve the agreement. Parties to file proposed Order and Stipulation of Dismissal.

Time: 2:58 to 3:00    Time: 3:05 to 3:13

Time: _____ to _____    Time: _____ to _____    8/13/2026

Time: _____ to _____    Time: _____ to _____    Date