**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **JOHN DOE, A MINOR, THROUGH HIS PARENT AND GUARDIAN, MARY DOE; AND MARY DOE, INDIVIDUALLY** | ) | |
| **PLAINTIFFS.** | ) | |
| | ) | **No. 1:25-CV-0005** |
| **VS.** | ) | **CEA/CHS** |
| **HAMILTON COUNTY DEPARTMENT OF EDUCATION; AND HAMILTON COUNTY, TENNESSEE** | ) | |
| **DEFENDANTS** | ) | |

---

## JOINT MOTION TO ENTER A PROPOSED ORDER APPROVING MINOR SETTLEMENT

---

On August 13, 2026, the Court instructed counsel to file a proposed Order Approving Minor Settlement for the Court's consideration. Counsel have conferred and the proposed order is agreed upon by all counsel and is submitted herewith.

Respectfully Submitted,

**GILBERT LAW, PLLC**

s/Justin S. Gilbert
Justin S. Gilbert, BPR # 017079
100 W. Martin Luther King Blvd., Suite 501
Chattanooga, TN 37402
(423) 756-8203
justin@schoolandworklaw.com

**LAW OFFICE OF BUDDY PRESLEY**

/s Buddy B. Presley
Buddy B. Presley, Jr. (BPR #013921)
1384 Gunbarrel Rd, Suite A
Chattanooga, TN 37421
(423) 826-1800
bpresley@presleylawfirm.com

***Attorneys for Plaintiff***

s/ Paige Evatt
Janie Parks Varnell, BPR # 031256
***Hamilton County Attorney***
Paige Ivey Evatt, BPR # 030761
***Assistant Hamilton County Attorney***
Timothy Clark, BPR # 031074
***Deputy County Attorney***
625 Georgia Ave, Suite 204
Chattanooga, TN 37402
(423) 206-6150
janiev@hamiltontn.gov
pevatt@hamiltontn.gov
timothyc@hamiltontn.gov

***Attorneys for Hamilton County, Tennessee***

**WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.**
/s Dan R. Pilkington
Dan R. Pilkington, BPR # 024660
1500 Riverview Tower
900 South Gay Street, P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
dpilkington@watsonroach.com

***Attorneys for Hamilton Cty Department of Education***

**CERTIFICATE OF SERVICE**

On August 14, 2026, I served the foregoing motion with proposed Order upon the below counsel of record for the Defendants through the Court's ECF system:

DAN R. PILKINGTON
ELISE M. DeNICOLA
WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.

**DEFENSE COUNSEL FOR HAMILTON COUNTY BOARD OF EDUCATION**

JANIE PARKS VARNELL
TIMOTHY CLARK
PAIGE EVATT IVEY
**HAMILTON COUNTY ATTORNEYS**

**/s Justin S. Gilbert**