**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **JOHN DOE, A MINOR, THROUGH HIS PARENT AND GUARDIAN, MARY DOE; AND MARY DOE, INDIVIDUALLY** | ) | |
| **PLAINTIFFS.** | ) | |
| | ) | **No. 1:25-CV-0005 CEA/CHS** |
| **VS.** | ) | |
| **HAMILTON COUNTY DEPARTMENT OF EDUCATION; AND HAMILTON COUNTY, TENNESSEE** | ) | |
| **DEFENDANTS** | ) | |

---

## ORDER APPROVING MINOR SETTLEMENT

---

On August 13, 2026, counsel for the parties, along with Mary Doe, the mother of the minor, John Doe, appeared before the Court requesting approval of a minor settlement agreement. The Court has reviewed the terms of the settlement agreement. Mary Doe advised the Court that she agrees with the terms of the settlement, believes the settlement to be in the best interest of the minor, and desires that the Court approve the settlement. Based upon the agreement, the presentations of counsel, and the agreement of Mary Doe, the Court finds the agreement is fair, reasonable, and in the best interest of the minor including the allocation of attorneys' fees for this cause.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the settlement of the minor's claim is hereby **APPROVED.** The parties shall file an Order or Stipulation of Dismissal with Prejudice.

______________________________
DISTRICT JUDGE ATCHLEY

DATE OF ENTRY: _____________

Respectfully Submitted,

**GILBERT LAW, PLLC**
s/Justin S. Gilbert
Justin S. Gilbert, BPR # 017079
100 W. Martin Luther King Blvd., Suite 501
Chattanooga, TN 37402
(423) 756-8203
justin@schoolandworklaw.com

**LAW OFFICE OF BUDDY PRESLEY**
/s Buddy B. Presley
Buddy B. Presley, Jr. (BPR #013921)
1384 Gunbarrel Rd, Suite A
Chattanooga, TN 37421
(423) 826-1800
bpresley@presleylawfirm.com

***Attorneys for Plaintiff***

s/ Paige Evatt
Janie Parks Varnell, BPR # 031256
***Hamilton County Attorney***
Paige Ivey Evatt, BPR # 030761
***Assistant Hamilton County Attorney***
Timothy Clark, BPR # 031074
***Deputy County Attorney***
625 Georgia Ave, Suite 204
Chattanooga, TN 37402
(423) 206-6150
janiev@hamiltontn.gov
pevatt@hamiltontn.gov
timothyc@hamiltontn.gov

***Attorneys for Hamilton County, Tennessee***

**WATSON, ROACH, BATSON & LAUDERBACK, P.L.C**.
/s Dan R. Pilkington

Dan R. Pilkington, BPR # 024660
1500 Riverview Tower
900 South Gay Street, P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
dpilkington@watsonroach.com

***Attorneys for Hamilton Cty Department of Education***

**CERTIFICATE OF SERVICE**

On August 14, 2026, I served the foregoing proposed order upon the below counsel of record for the Defendants through the Court's ECF system:

DAN R. PILKINGTON
ELISE M. DeNICOLA
WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
**DEFENSE COUNSEL FOR HAMILTON COUNTY BOARD OF EDUCATION**

JANIE PARKS VARNELL
TIMOTHY CLARK
PAIGE EVATT IVEY
**HAMILTON COUNTY ATTORNEYS**

**/s Justin S. Gilbert**