**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| MARY DOE, *as guardian and parent of minor* JOHN DOE, | ) | |
| *Plaintiff*, | ) | Case No. 1:25-cv-5 |
| v. | ) | Judge Atchley |
| HAMILTON COUNTY DEPARTMENT OF EDUCATION and HAMILTON COUNTY, | ) | Magistrate Judge Steger |
| *Defendants*. | ) | |

**ORDER**

On August 13, 2026, counsel for the parties, along with Mary Doe, the mother of the minor, John Doe, appeared before the Court requesting approval of a minor settlement agreement and the Court reviewed the terms of the settlement agreement. Mary Doe advised the Court that she agrees with the terms of the settlement, believes the settlement to be in the best interest of the minor, and desires that the Court approve the settlement. Based upon the agreement, the presentations of counsel, and the agreement of Mary Doe, the Court finds the agreement is fair, reasonable, and in the best interest of the minor including the allocation of attorneys' fees for this cause.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the settlement of the minor's claim is hereby **APPROVED**. [Docs. 56, 61]. On or before, **August 31, 2026**, Plaintiff **SHALL FILE** a stipulation of dismissal in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff is put **ON NOTICE** that if a stipulation of dismissal document is not filed on or before the date specified in this Order, the Court will dismiss this action pursuant to Federal Rule of Civil Procedure Rule 41(b) and Local Rule 68.1.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*

**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**