**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT CHATTANOOGA**

| | | |
|---|---|---|
| **JOHN DOE, A MINOR, THROUGH HIS PARENT AND GUARDIAN, MARY DOE; AND MARY DOE, INDIVIDUALLY** | ) | |
| **PLAINTIFFS.** | ) | |
| **VS.** | ) | **No. 1:25-CV-0005 CEA/CHS** |
| **HAMILTON COUNTY DEPARTMENT OF EDUCATION; AND HAMILTON COUNTY, TENNESSEE** | ) | |
| **DEFENDANTS** | ) | |

---

## STIPULATION OF DISMISSAL

---

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that they have resolved all claims and disputes and this matter is hereby dismissed with prejudice. Each party shall bear their own respective costs.

Respectfully Submitted,

**GILBERT LAW, PLLC**

s/Justin S. Gilbert
Justin S. Gilbert, BPR # 017079
100 W. Martin Luther King Blvd., Suite 501
Chattanooga, TN 37402
(423) 756-8203
justin@schoolandworklaw.com

**LAW OFFICE OF BUDDY PRESLEY**

/s Buddy B. Presley
Buddy B. Presley, Jr. (BPR #013921)
1384 Gunbarrel Rd, Suite A
Chattanooga, TN 37421
(423) 826-1800
bpresley@presleylawfirm.com

***Attorneys for Plaintiff***

s/ Paige Evatt
Janie Parks Varnell, BPR # 031256
***Hamilton County Attorney***
Paige Ivey Evatt, BPR # 030761
***Assistant Hamilton County Attorney***
Timothy Clark, BPR # 031074
***Deputy County Attorney***
625 Georgia Ave, Suite 204
Chattanooga, TN 37402
(423) 206-6150
janiev@hamiltontn.gov
pevatt@hamiltontn.gov
timothyc@hamiltontn.gov

***Attorneys for Hamilton County, Tennessee***

**WATSON, ROACH, BATSON & LAUDERBACK, P.L.C**.
/s Dan R. Pilkington
Dan R. Pilkington, BPR # 024660
1500 Riverview Tower
900 South Gay Street, P.O. Box 131
Knoxville, TN 37901-0131
(865) 637-1700
dpilkington@watsonroach.com

***Attorneys for Hamilton Cty Department of Education***

**CERTIFICATE OF SERVICE**

On August 25, 2026, I served the foregoing Stipulation upon the below counsel of record for the Defendants through the Court's ECF system:

DAN R. PILKINGTON
ELISE M. DeNICOLA
WATSON, ROACH, BATSON & LAUDERBACK, P.L.C.
**DEFENSE COUNSEL FOR HAMILTON COUNTY BOARD OF EDUCATION**

JANIE PARKS VARNELL
TIMOTHY CLARK
PAIGE EVATT IVEY
**HAMILTON COUNTY ATTORNEYS**

**/s Justin S. Gilbert**